1  Garrick L. Gallagher/Bar No. 009980
   Debora L. Verdier/Bar No. 018676
2  Shanks Leonhardt/Bar No. 025595
   **SANDERS & PARKS, P.C.**
3  1300 SCF Tower
   3030 North Third Street
4  Phoenix, AZ  85012-3099

5  Garrick L. Gallagher
   Direct Phone:  (602) 532-5720
6  Direct Fax:  (602) 230-5053
   Garrick.Gallagher@SandersParks.com
7  Debora.Verdier@SandersParks.com
   Shanks.Leonhardt@SandersParks.com

8
   Attorneys for Westchester
9       Fire Insurance Company

10              **IN THE UNITED STATES DISTRICT COURT**

11                **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 12 ML LIQUIDATING TRUST, as the successor to MORTGAGES LTD., an 13 Arizona corporation, | Case No. CV 11-00130-PHX-GMS |
| 14                    Plaintiff, | **NOTICE OF SETTLEMENT** |
| 15 v. | |
| 16 WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation, 17 | |
| 18                    Defendant. | |

19          Pursuant to Local Rule 40.2(d), Defendant Westchester Fire Insurance Company

20  and Plaintiff hereby notify the Court that they have reached a settlement regarding claims

21  against Westchester in this case.  The parties have agreed in principal to settle this matter

22  subject to final approval of the settlement documentation by the Board of Plaintiff ML

23  Liquidating Trust.

24

25

26

A formal stipulation and order of dismissal will be presented by the parties within a reasonable time.

**RESPECTFULLY SUBMITTED** this $\underline{4^{th}}$ day of March, 2011.

**SANDERS & PARKS, P.C.**

By: *s/Shanks Leonhardt*
     Garrick L. Gallagher
     Debora L. Verdier
     Shanks Leonhardt
     1300 SCF Tower
     3030 North Third Street
     Phoenix, Arizona  85012-3099
     Attorneys for Westchester Fire
     Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that on March 4<u>th</u>, 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William H. Sandweg III
John P. Ager
**SANDWEG & AGER, P.C.**
1221 E. Osborn Road, Suite 100
Phoenix, AZ 85014
(602) 648-3200
whs@sa-firm.com
jpa@sa-firm.com

By:___*s/Annalisa West*___