# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ML Liquidating Trust, as the successor to Mortgages LTD., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Westchester Fire Insurance Company, a Pennsylvania corporation,<br><br>Defendant. | Case No. CV-11-130-PHX-GMS<br><br>**ORDER** |

This Court, having received the parties' Stipulation for Dismissal With Prejudice (Doc. 16), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter in its entirety against Defendant, with prejudice, each of the parties to bear their own attorneys' fees and costs incurred herein.

Dated this 23rd day of March, 2011.

_____
G. Murray Snow
United States District Judge